No. 120, October Term, 1964. GOTTESMAN ET AL. *v.* GENERAL MOTORS CORP. ET AL., 379 U. S. 882, 940. Motion for leave to file second petition for rehearing denied. MR. JUSTICE HARLAN and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.

No. 256, October Term, 1964. ESTES *v.* TEXAS, 381 U. S. 532. Motion for leave to file petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.

No. 580, Misc., October Term, 1964. HALL *v.* PINTO, PRISON SUPERINTENDENT, 381 U. S. 930;

No. 968, Misc., October Term, 1964. WALKER *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO, ET AL., 381 U. S. 932; and

No. 1106, Misc., October Term, 1964. McINTOSH *v.* UNITED STATES, 381 U. S. 947. Petitions for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions.

OCTOBER 13, 1965.

No. 586, Misc. THOMAS *v.* DAVIS, CLERK OF THE SUPREME COURT OF THE UNITED STATES. On motion for leave to file petition for writ of mandamus. Dismissed pursuant to Rule 60 of the Rules of this Court.